B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re **Archer Healthcare Providers, LLC**     Case No. **10-70454**
Debtor(s)     Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Pharmerica<br>PO Box 409251<br>Atlanta, GA 30384 | Pharmerica<br>PO Box 409251<br>Atlanta, GA 30384 | Pharmacy supplies | | 23,511.40 |
| Covenant Care Centers, LLC<br>16203 Chasemore<br>Spring, TX 77379 | Covenant Care Centers, LLC<br>16203 Chasemore<br>Spring, TX 77379 | Management fee | | 21,250.00 |
| Wood Family Enterprises, Inc.<br>16203 Chasemore<br>Spring, TX 77379 | Wood Family Enterprises, Inc.<br>16203 Chasemore<br>Spring, TX 77379 | Rent | | 9,000.00 |
| McKesson Medical Supply<br>5050 Kingsley Dr.<br>Cincinnati, OH 45263 | McKesson Medical Supply<br>5050 Kingsley Dr.<br>Cincinnati, OH 45263 | Medical supplies | | 3,018.54 |
| StarTexPower<br>PO Box 4802<br>Houston, TX 77210 | StarTexPower<br>PO Box 4802<br>Houston, TX 77210 | Electricity | | 2,455.91 |
| City of Archer<br>PO Box 367<br>Archer City, TX 76351 | City of Archer<br>PO Box 367<br>Archer City, TX 76351 | Water and trash removal | | 1,760.77 |
| Brazos Telecommunications<br>109 North Ave. D<br>Olney, TX 76374 | Brazos Telecommunications<br>109 North Ave. D<br>Olney, TX 76374 | Telephone | | 546.97 |
| Oak Farms<br>Route 2 Box 5<br>Olney, TX 76374 | Oak Farms<br>Route 2 Box 5<br>Olney, TX 76374 | Dairy products | | 459.50 |
| Titanium Emergency Group<br>1600 11th St.<br>Wichita Falls, TX 76301 | Titanium Emergency Group<br>1600 11th St.<br>Wichita Falls, TX 76301 | Physician services | | 249.00 |
| Atmos Energy<br>PO Box 78108<br>Phoenix, AZ 85052 | Atmos Energy<br>PO Box 78108<br>Phoenix, AZ 85052 | Natural gas | | 227.21 |
| Graves Plumbing<br>PO Box 1011<br>Archer City, TX 76351 | Graves Plumbing<br>PO Box 1011<br>Archer City, TX 76351 | Maintenance services | | 180.00 |
| Art's Home Pest Control<br>PO Box 1049<br>Wichita Falls, TX 76307 | Art's Home Pest Control<br>PO Box 1049<br>Wichita Falls, TX 76307 | Pest control | | 129.90 |

B4 (Official Form 4) (12/07) - Cont.

In re **Archer Healthcare Providers, LLC**　　　　　　　　　　　Case No. **10-70454**

　　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Airgas** PO Box 676031 Dallas, TX 75267 | **Airgas** PO Box 676031 Dallas, TX 75267 | **Oxygen** | | **122.54** |
| **Berryman Fire Equipment** PO Box 380940 Duncanville, TX 75138 | **Berryman Fire Equipment** PO Box 380940 Duncanville, TX 75138 | **Fire inspection** | | **120.00** |
| **Farmers Brothers** PO Box 2959 Torrance, CA 90509 | **Farmers Brothers** PO Box 2959 Torrance, CA 90509 | **Coffee products** | | **114.25** |
| **Medical Disposal Services** PO Box 4765 Wichita Falls, TX 76308 | **Medical Disposal Services** PO Box 4765 Wichita Falls, TX 76308 | **Medical waste disposal** | | **108.00** |
| **Ecolab** PO Box 70343 Chicago, IL 60673 | **Ecolab** PO Box 70343 Chicago, IL 60673 | **Chemicals** | | **66.26** |
| **Time Warner Cable** 3225 Maurine St. Wichita Falls, TX 76306 | **Time Warner Cable** 3225 Maurine St. Wichita Falls, TX 76306 | **Cable** | | **63.57** |
| **Archer Flowers** 105 S. Center PO Box 1143 Archer City, TX 76351 | **Archer Flowers** 105 S. Center PO Box 1143 Archer City, TX 76351 | **Florist** | | **40.05** |
| **Metro Stat** 325 Gold St., #100 Garland, TX 75042 | **Metro Stat** 325 Gold St., #100 Garland, TX 75042 | **Radiology** | | **35.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 5, 2010**　　　　　　　　Signature **/s/ Ron Sanborn**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Ron Sanborn**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.